# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00315-CV

**Isabel Munoz, Appellant**

**v.**

**Hector Cantillo, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 24CCV00356, THE HONORABLE PAUL A. MOTZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on August 12, 2024. After this Court granted appellant's multiple motions requesting an extension of time to file her brief, appellant's brief was due November 4, 2024. On January 15, 2025, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by January 27, 2025 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Maggie Ellis, Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed for Want of Prosecution

Filed: February 7, 2025